# United States District Court
# District of Massachusetts

KEVIN CONDON,
       Plaintiff,

       v.

AMERICAN EXPRESS COMOPANY,
       Defendant.

CIVIL ACTION NO:
09-10224-RBC

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case settled.  Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Tuesday, September 7, 2010.**

    */s/ ROBERT B. COLLINGS*
    ROBERT B. COLLINGS
    United States Magistrate Judge

August 26, 2010.